**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | : |
| **Robert Reeves Wilson**, | |
| **Debra Sue Wilson,** | : Case No:  16-53086 |
| | Chapter 13 |
| Debtors. | : Judge Hoffman |

## NOTICE OF SUBMISSION OF APPRAISAL

Now come Debtors, Robert & Debra Wilson, by and through counsel, and in accordance with LBR 3015-3(e)(3), and hereby submit the attached appraisals of the Debtors' real estate as follows:

1. Residential real estate located at 107 Riverview Drive, Newark, Ohio, in the amount of One Hundred Five Thousand, Eight Hundred Two and 00/100ths Dollars ($105,802.00); and

2. Real estate located at 6641 Charles Road, Westerville, Ohio, in the amount of Seventy-nine Thousand, Six Hundred Ninety-one and 00/100ths Dollars (79,691.00).

Respectfully submitted,

 /s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt  (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
720 Market Street
Zanesville, Ohio 43701
Telephone:  (740) 452-8439
Facsimile:  (740) 450-8499
mail@ZellarLaw.com
Counsel for Debtors

## CERTIFICATE OF SERVICE

I hereby certify that on **May 27, 2016,** a copy of the foregoing **Notice of Submission of Appraisal** was served on the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the Court:

US Trustee                                             Chapter 13 Trustee

and on the following by **ordinary U.S. Mail** addressed to:

Robert & Debra Wilson                             Ohio Department of Taxation
107 Riverview Drive                                   Attn:  Bankruptcy Division
Newark, Ohio 43055                                   P.O. Box 530
                                                                    Columbus, Ohio 43216

Beneficial Financial I Inc.
c/o CT Corporation Systems, Inc.
Statutory Agent
1300 East 9th Street, Suite 1010
Cleveland, Ohio 44114

Select Portfolio Servicing Inc.
on behalf of Beneficial Financial Ohio
Attn:  Bankruptcy Department
P.O. Box 65250
Salt Lake City, UT 84165

    /s/ Crystal I. Zellar
Crystal I. Zellar (#0038785)
Shelley E. Hibburt  (#0091736)
**Zellar & Zellar, Attorneys at Law, Inc.**
Counsel for Debtors



April 27, 2016

Ronald Kinnaman and Debra Wilson

Property at 107 Riverview Dr.

Newark, Oh. 43055

Ronald Kinnaman and Debra Wilson,

Regarding the property, 107 Riverview Dr.,

Newark, Oh. 43055

Based upon the location, information and condition

I estimate the value of the property to be $ 105,802.00.

If you have any questions feel free to contact me by

phone or email.

Sincerely,

*Cricket Such*

Cricket Such, crs

RE/MAX Achievers

c/o 3989 Blueberry Hollow Rd., Columbus, Ohio 43230



PROPERTY REPORT

# 107 Riverview Dr, Newark, OH 43055



Presented by

### Cricket Such

Ohio Real Estate License: 209745

Work: 614-329-2303 | Fax: 614-899-7080 | Fax: 614-848-8165

rmxbug@aol.com

**RE/MAX Achievers**
155 Green Meadows Drive S.
Lewis Center, OH 43035

This analysis has not been performed in accordance with the Uniform Standards of Professional Appraisal Practice which requires valuers to act as unbiased, disinterested third parties with impartiality, objectivity and independence and without accommodation of personal interest. It is not to be construed as an appraisal and may not be used as such for any purpose.



Copyright 2016 Realtors Property Resource® LLC. All Rights Reserved.
Information is not guaranteed. Equal Housing Opportunity.



4/27/2016

**RE/MAX Achievers** | Property Report     107 Riverview Dr, Newark, OH 43055

# 107 Riverview Dr, Newark, OH 43055



Legend: 🏠 Subject Property

OFF MARKET

*Public Record*

## Current Estimated Value
## $119,000

Last AVM Update: 3/27/2016

AVM Est. Range: $80,920 – $157,080

AVM Confidence: ★

⬇ AVM Change – Last 1 Month: –$22,000

⬇ AVM Change – Last 12 Months: –7.75%

## Your Refined Value
## $105,802

---

*This report contains data and information that is publicly available and/or licensed from third parties and is provided to you on an "as is" and "as available" basis. The information is not verified or guaranteed. Neither this report nor the estimated value of a property is an appraisal of the property. Any valuation shown in this report has been generated by use of proprietary computer software that assembles publicly available property records and certain proprietary data to arrive at an approximate estimate of a property's value. RPR and its information providers shall not be liable for any claim or loss resulting from the content of, or errors or omissions in, information contained in this report.*



## 107 Riverview Dr, Newark, OH 43055-6050, Licking County



| 3 | 1,204 | N/A | $94,900 |
|---|---|---|---|
| MLS Beds | Bldg Sq Ft | Lot Sq Ft | Sale Price |
| 2 | 1946 | SFR | N/A |
| MLS Baths | Yr Built | Type | Sale Date |

### Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Wilson Robert R | Tax Billing Zip: | 43055 |
| Owner Name 2: | Wilson Debra S | Tax Billing Zip+4: | 6050 |
| Tax Billing Address: | 107 Riverview Dr (no mail) | Owner Occupied: | Yes |
| Tax Billing City & State: | Newark, OH | DMA No Mail Flag: | Y |

### Location Information

| | | | |
|---|---|---|---|
| School District: | Newark Csd | Carrier Route: | C013 |
| School District Name: | Newark Csd | Neighborhood Code: | 00800-00800 |
| Subdivision: | Stephens Riverview Add | Township/Tax Dist Desc: | Newark City |
| Census Tract: | 7519.00 | | |

### Tax Information

| | | | |
|---|---|---|---|
| Tax ID: | 054-281988-00.001 | Tax Area: | 054 |
| Alt APN: | 05428198800001 | Lot Number: | 35 |
| % Improved: | 72% | | |
| Legal Description: | RIVERVIEW LOT 35 PT | | |

### Assessment & Tax

| Assessment Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Assessed Value - Total | $37,310 | $37,310 | $37,310 |
| Assessed Value - Land | $10,500 | $10,500 | $10,500 |
| Assessed Value - Improved | $26,810 | $26,810 | $26,810 |
| YOY Assessed Change ($) | $0 | $0 | |
| YOY Assessed Change (%) | 0% | 0% | |
| Market Value - Total | $106,600 | $106,600 | $106,600 |
| Market Value - Land | $30,000 | $30,000 | $30,000 |
| Market Value - Improved | $76,600 | $76,600 | $76,600 |

| Total Tax | Tax Year | Change ($) | Change (%) |
|---|---|---|---|
| $1,641 | 2013 | | |
| $1,699 | 2014 | $58 | 3.53% |
| $1,733 | 2015 | $34 | 2.02% |

### Characteristics

| | | | |
|---|---|---|---|
| State Use: | Single Family Platted Lot | Basement Sq Feet: | 1,168 |
| Land Use: | SFR | Bsmt Finish: | Finished |
| Lot Frontage: | 100 | Condition: | Good |
| Lot Depth: | 150 | Fireplace: | Y |
| Lot Acres: | 0.3444 | Cooling Type: | Central |
| Building Sq Ft: | 1,204 | Heat Type: | Central |
| Above Gnd Sq Ft: | 1,204 | Garage Type: | Detached Garage |
| Stories: | 1 | Garage Capacity: | MLS: 2 |
| Bedrooms: | 3 | Garage Sq Ft: | 396 |
| Total Baths: | 2 | Exterior: | Stucco |
| MLS Total Baths: | 2 | Year Built: | Tax: 1946 MLS: 1954 |

Courtesy of Cricket Such, Columbus REALTORS
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 04/27/2016
Page 1 of 3

| | | | |
|---|---|---|---|
| Full Baths: | 2 | Effective Year Built: | 1965 |
| Total Rooms: | 6 | # of Buildings: | 1 |
| Other Rooms: | Dining Room, Rec Room, Family Room | Porch Type: | Open Frame Porch |
| Dining Rooms: | 1 | Porch: | Open Frame Porch |
| Family Rooms: | 1 | Porch 1 Area: | 56 |
| Basement Type: | Full | | |

## Features

| Feature Type | Unit | Size/Qty | Value |
|---|---|---|---|
| Linear Brick | S | 52 | $570 |
| Rec Room 1- Sqft | S | 584 | $6,640 |
| Opn Fr Porch | S | 56 | $1,430 |

| Building Description | Building Size |
|---|---|
| Det Stuco Garage | 396 |
| Shed - Pers Prop | |
| Shedf | 48 |

## Listing Information

| | | | |
|---|---|---|---|
| MLS Listing Number: | 2505223 | MLS Current List Price: | $114,900 |
| MLS Status: | Cancelled | MLS Orig. List Price: | $114,900 |
| MLS Status Change Date: | 03/07/2005 | Listing Agent Name: | 147007-Charlene Jenkins |
| MLS Listing Date: | 02/09/2005 | Listing Broker Name: | COLDWELL BANKER KING THOMPSON |

## Last Market Sale & Sales History

| | | | |
|---|---|---|---|
| Recording Date: | 09/16/1996 | Owner Name: | Wilson Robert R |
| Sale Price: | $94,900 | Owner Name 2: | Wilson Debra S |
| Deed Type: | Deed (Reg) | Seller: | Zahniser Theodore V |

| Recording Date | 09/16/1996 |
|---|---|
| Sale Price | $94,900 |
| Buyer Name | Wilson Robert R & Debra S |
| Seller Name | Zahniser Theodore V |
| Document Type | Deed (Reg) |

## Mortgage History

| Mortgage Date | 12/28/2007 | 03/15/2007 | 11/10/2005 | 09/16/1996 |
|---|---|---|---|---|
| Mortgage Amount | $112,871 | $26,000 | $20,000 | $94,900 |
| Mortgage Lender | Beneficial Oh Inc | Beneficial Oh Inc | Beneficial Oh Inc | |
| Mortgage Type | Refi | Refi | Refi | Resale |
| Mortgage Code | Conventional | Conventional | Conventional | Private Party Lender |

Courtesy of Cricket Such, Columbus REALTORS
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 04/27/2016
Page 2 of 3

**Property Map**



*Lot Dimensions are Estimated



**Courtesy of Cricket Such, Columbus REALTORS**

The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**

Generated on 04/27/2016
Page 3 of 3

**Residential CMA**

Listings as of 04/27/16 at 4:56 PM

Status of 'Closed'; Sub-Type of 'Single Family Freestanding'; SqFt Tax Record between 990 and 1400; City (Mailing Addr) of 'Newark'; Zip Code of '43055'; Style of ' 1 Story', '1 Story'; Garage/EnclosdSpaces between 1 and 999999999999; Sold Price between 90000 and 120000; Sold Date between '09/1/2015' and '04/27/2026'; or undefined of Basement Y/N of ('Yes'). **(Selected Listings Only)**

**CLOSED Properties**

| MLS # | Address | Zip | Subdivision | DOM | BR | Full Baths | Half Baths | Parking | Style | Sqft ATFLS | SqFt Tax | List Price | L$/SF | Sale Price | S$/SF | SP$/LP$ % | Sold Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215016148 | 934 Garfield Avenue | 43055 | | 82 | 3 | 2 | 0 | 2 Car Garage; Attached Garage | 1 Story | 1,080 | 1,080 | $97,000 | $89.81 | $95,000 | 87.96 | 97.94 | 09/14/2015 |
| 215033005 | 1006 Fairlawn Avenue | 43055 | | 48 | 3 | 1 | 0 | 2 Car Garage; Detached Garage | 1 Story | 1,218 | 1,218 | $103,000 | $84.56 | $100,000 | 82.1 | 97.09 | 12/09/2015 |
| 215027036 | 1701 Greer Drive W | 43055 | Cherry Valley Acres | 22 | 2 | 1 | 0 | 1 Car Garage; Attached Garage | 1 Story | 1,056 | 1,056 | $104,900 | $99.34 | $101,500 | 96.12 | 96.76 | 09/23/2015 |
| 215036815 | 266 Gladys Avenue | 43055 | | 7 | 3 | 2 | 0 | 1 Car Garage; Attached Garage; Opener | 1 Story | 1,854 | 1,154 | $109,000 | $94.45 | $109,000 | 94.45 | 100.00 | 12/04/2015 |
| 215037743 | 960 Troy Court | 43055 | JONES MEADOWS | 8 | 3 | 2 | 0 | 2 Car Garage; Attached Garage; Opener; 2 Off Street | 1 Story | 1,144 | 1,144 | $119,900 | $104.81 | $110,000 | 96.15 | 91.74 | 12/11/2015 |
| 215032180 | 22 Philmont Avenue | 43055 | Madison | 26 | 3 | 1 | 0 | 2 Car Garage; Detached Garage; Opener | 1 Story | 1,308 | 1,308 | $112,900 | $86.31 | $112,000 | 85.63 | 99.20 | 10/30/2015 |
| 216006713 | 266 Newton Avenue | 43055 | | 5 | 3 | 1 | 0 | 1 Car Garage | 1 Story | 1,040 | 1,040 | $124,900 | $120.1 | $112,500 | 108.17 | 90.07 | 04/08/2016 |
| 215031569 | 574 King Avenue | 43055 | Log Pond Run | 34 | 3 | 1 | 1 | 1 Car Garage; Attached Garage | 1 Story | 1,276 | 1,276 | $114,900 | $90.05 | $113,000 | 88.56 | 98.35 | 12/21/2015 |
| Listing Total: 8 | | | Min Max Avg Median | 5 82 29 24 | 2 3 2.88 3 | 1 2 1.38 1 | 0 1 1 0 | | | 1,040 1,854 1,247 1,181 | 1,040 1,308 1,159.5 1,149 | 97,000 124,900 110,812.5 110,950 | 84.56 120.1 96.18 92.25 | 95,000 113,000 106,625 109,500 | 82.1 108.17 92.39 91.51 | | |

Property Type Count  8    Averages  Sqft: 1,160  $/Sqft: 92.39  DOM/CDOM: 29/45  O-Price: 112,613  L-Price: 110,813  S-Price: 106,625

\* Price statistics for closed listings based on sold price. All other statuses and Totals based on current list price.

Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Cricket Such, CRS on Wednesday, April 27, 2016 4:56 PM.



Cricket Such
RE/MAX Achievers
Primary Phone: 614-329-2303
rmxbug@aol.com
www.suchrealestate.com
License Number: 209745



1701 Greer Drive W
Newark, OH 43055

List Price: $104,900
List Price/SqFt: 99.34
SqFt Tax Record: 1056.0
SqFt ATFLS: 1056.0
Parcel #: 054-237204-00.000

**Location Info**
Style: 1 Story
Subdiv/Cmplx/Comm: Cherry Valley Acres
Corp Limit: Newark
Township: None
County: Licking
Acreage: 0.33
Bedrooms: 2
Full Baths: 1
Half Baths: 0



960 Troy Court
Newark, OH 43055

List Price: $119,900
List Price/SqFt: 104.81
SqFt Tax Record: 1144.0
SqFt ATFLS: 1144.0
Parcel #: 054-186708-00.048

**Location Info**
Style: 1 Story
Subdiv/Cmplx/Comm: JONES MEADOWS
Corp Limit: Newark
Township: None
County: Licking
Acreage: 0.27
Bedrooms: 3
Full Baths: 2
Half Baths: 0



934 Garfield Avenue
Newark, OH 43055

List Price: $97,000
List Price/SqFt: 89.81
SqFt Tax Record: 1080.0
SqFt ATFLS: 1080.0
Parcel #: 054-186708-00.001

**Location Info**
Style: 1 Story
Subdiv/Cmplx/Comm:
Corp Limit: Newark
Township: None
County: Licking
Acreage: 0.36
Bedrooms: 3
Full Baths: 2
Half Baths: 0



1006 Fairlawn Avenue
Newark, OH 43055

List Price: $103,000
List Price/SqFt: 84.56
SqFt Tax Record: 1218.0
SqFt ATFLS: 1218.0
Parcel #: 054-238512-00.000

**Location Info**
Style: 1 Story
Subdiv/Cmplx/Comm:
Corp Limit: Newark
Township: None
County: Licking
Acreage: 0.15
Bedrooms: 3
Full Baths: 1
Half Baths: 0



266 Gladys Avenue
Newark, OH 43055

List Price: $109,000
List Price/SqFt: 94.45
SqFt Tax Record: 1154.0
SqFt ATFLS: 1854.0
Parcel #: 058-293808-00.000

**Location Info**
Style: 1 Story
Subdiv/Cmplx/Comm:
Corp Limit: None
Township: Newark
County: Licking
Acreage: 0.31
Bedrooms: 3
Full Baths: 2
Half Baths: 0



574 King Avenue
Newark, OH 43055

List Price: $114,900
List Price/SqFt: 90.05
SqFt Tax Record: 1276.0
SqFt ATFLS: 1276.0
Parcel #: 054-264930-00.000

**Location Info**
Style: 1 Story
Subdiv/Cmplx/Comm: Log Pond Run
Corp Limit: Newark
Township: None
County: Licking
Acreage: 0.23
Bedrooms: 3
Full Baths: 1
Half Baths: 1

Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Cricket Such on Wednesday, April 27, 2016 4:57PM.



Cricket Such
RE/MAX Achievers
Primary Phone: 614-329-2303
rmxbug@aol.com
www.suchrealestate.com
License Number: 209745



22 Philmont Avenue
Newark, OH 43055

List Price: $112,900
List Price/SqFt: 86.31
SqFt Tax Record: 1308.0
SqFt ATFLS: 1308.0
Parcel #: 054-197382-00.000

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm: Madison
Corp Limit: Newark
Township: None
County: Licking
Acreage: 0.17
Bedrooms: 3
Full Baths: 1
Half Baths: 0



266 Newton Avenue
Newark, OH 43055

List Price: $124,900
List Price/SqFt: 120.1
SqFt Tax Record: 1040.0
SqFt ATFLS: 1040.0
Parcel #: 054-275874-00.000

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm:
Corp Limit: Newark
Township: None
County: Licking
Acreage: 0.3
Bedrooms: 3
Full Baths: 1
Half Baths: 0



April 27, 2016

Ronald Kinnaman and Debra Wilson

Property at 6641 Charles Rd.,

Westerville, Oh. 43081

Ronald Kinnaman and Debra Wilson,

Regarding your property, 6641 Charles Rd.,

Westerville, Oh. 43081

Based upon the location, information and condition

I estimate the value of the property to be $ 79,691.00.

If you have any questions feel free to contact me by

phone or email.

Sincerely,

*Cricket Such*

Cricket Such, crs

RE/MAX Achievers

c/o 3989 Blueberry Hollow Rd., Columbus, Ohio 43230

# 6641 Charles Rd, Westerville, OH 43082-9029, Delaware County



| 3 | 1,128 | N/A | N/A |
|---|---|---|---|
| Beds | Bldg Sq Ft | Lot Sq Ft | Sale Price |
| 1 | 1959 | SFR | N/A |
| Baths | Yr Built | Type | Sale Date |

## Owner Information

| | | | |
|---|---|---|---|
| Owner Name: | Kinnaman Ronald E | Tax Billing Zip: | 43082 |
| Owner Name 2: | Wilson Debra S | Tax Billing Zip+4: | 9029 |
| Tax Billing Address: | 6641 Charles Rd | Owner Occupied: | Yes |
| Tax Billing City & State: | Westerville, OH | | |

## Location Information

| | | | |
|---|---|---|---|
| School District: | 2514 | Carrier Route: | R029 |
| School District Name: | Westerville | Market Area: | 17001 |
| Subdivision: | Wedgewood Sec 02 | Neighborhood Code: | Genoa S-17001 |
| Census Tract: | 117.30 | Township/Tax Dist Desc: | Genoa Twp Westerville |

## Tax Information

| | | | |
|---|---|---|---|
| Tax ID: | 317-313-02-018-000 | Tax Area: | 17 |
| % Improved: | 64% | Lot Number: | 478 |
| Legal Description: | LOTS 478 | | |

## Assessment & Tax

| Assessment Year | 2015 | 2014 | 2013 |
|---|---|---|---|
| Assessed Value - Total | $44,140 | $44,140 | $44,140 |
| Assessed Value - Land | $16,070 | $16,070 | $16,070 |
| Assessed Value - Improved | $28,070 | $28,070 | $28,070 |
| YOY Assessed Change ($) | $0 | $0 | |
| YOY Assessed Change (%) | 0% | 0% | |
| Market Value - Total | $126,100 | $126,100 | $126,100 |
| Market Value - Land | $45,900 | $45,900 | $45,900 |
| Market Value - Improved | $80,200 | $80,200 | $80,200 |

| Total Tax | Tax Year | Change ($) | Change (%) |
|---|---|---|---|
| $2,506 | 2013 | | |
| $2,522 | 2014 | $15 | 0.61% |
| $3,271 | 2015 | $749 | 29.71% |

## Characteristics

| | | | |
|---|---|---|---|
| State Use: | Single Family Resid | Condition: | Good |
| Land Use: | SFR | Style: | Conventional |
| Lot Acres: | 0.67 | Fireplace: | Y |
| Building Sq Ft: | 1,128 | Water: | Type Unknown |
| Above Gnd Sq Ft: | 1,128 | Sewer: | Type Unknown |
| Stories: | 1 | Cooling Type: | None |
| Bedrooms: | 3 | Heat Type: | Baseboard |
| Total Baths: | 1 | Garage Type: | Garage |
| Full Baths: | 1 | Garage Capacity: | 2 |
| Total Rooms: | 5 | Construction: | Frame |
| Basement Type: | Full | Exterior: | Frame |
| Basement Sq Feet: | 1,128 | Year Built: | 1959 |

Courtesy of Cricket Such, Columbus REALTORS

The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**

Generated on 04/27/2016
Page 1 of 2

| Bsmt Finish: | Unfinished | # of Buildings: | 1 |

## Features

| Feature Type | Value |
| --- | --- |
| 199 | $660 |

## Last Market Sale & Sales History

| Owner Name: | Kinnaman Ronald E | Owner Name 2: | Wilson Debra S |
| --- | --- | --- | --- |
| Recording Date | 02/24/2015 | | 11/08/2013 |
| Nominal | Y | | Y |
| Buyer Name | Kinnaman Ronald E | | Kinnaman Familye Trust |
| Seller Name | Kinnaman Family Trust | | Kinnaman Frank E |
| Document Number | 1334-661 | | 1257-1739 |
| Document Type | Fiduciary Deed | | Quit Claim Deed |

## Property Map

 

*Lot Dimensions are Estimated

**Courtesy of Cricket Such, Columbus REALTORS**
The data within this report is compiled by CoreLogic from public and private sources. If desired, the accuracy of the data contained herein can be independently verified by the recipient of this report with the applicable county or municipality.

**Property Detail**
Generated on 04/27/2016
Page 2 of 2

**Residential CMA**

Listings as of 04/27/16 at 5:05 PM

Status of 'Closed'; Sub-Type of 'Single Family Freestanding'; School District of 'WESTERVILLE CSD 2514 FRA CO.'; List Price between 59000 and 136000; Bedrooms between 2 and 3; Style of ' 1 Story', '1 Story'; Sold Date between '04/27/2015' and '04/27/2026'. **(Selected Listings Only)**

**CLOSED Properties**

| MLS # | Address | Zip | Subdivision | DOM | BR | Full Baths | Half Baths | Parking | Style | Sqft ATFLS | SqFt Tax | List Price | L$/SF | Sale Price | S$/SF | SP$/LP$ % | Sold Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 215015857 | 150 Llewellyn Avenue | 43081 | Heizers | 70 | 3 | 1 | 0 | Shared Driveway | 1 Story | 925 | 925 | $69,900 | $75.57 | $69,900 | 75.57 | 100.00 | 08/05/2015 |
| 215007704 | 95 Mariemont Drive N | 43081 | Willamont | 140 | 3 | 1 | 0 | Shared Driveway | 1 Story | 1,284 | 1,284 | $95,100 | $74.07 | $78,674 | 61.27 | 82.73 | 09/03/2015 |
| 214048946 | 258 Cherrington Road | 43081 | Hanby Hts | 260 | 2 | 1 | 0 | 2 Car Garage; Attached Garage; Side Load; 2 Off Street | 1 Story | 1,095 | 1,095 | $94,900 | $86.67 | $80,000 | 73.06 | 84.30 | 09/11/2015 |
| 215031843 | 3614 Manila Drive | 43081 | Glengary Heights | 2 | 3 | 1 | 0 | 1 Car Garage; Detached Garage | 1 Story | 864 | 864 | $102,500 | $118.63 | $80,000 | 92.59 | 78.05 | 09/11/2015 |
| 215025263 | 46 Hiawatha Avenue | 43081 | Hiawatha Prk/Uptown | 59 | 2 | 1 | 0 | 1 Car Garage | 1 Story | 720 | 720 | $104,900 | $145.69 | $92,000 | 127.78 | 87.70 | 10/30/2015 |
| 216003617 | 2855 Alder Vista Drive | 43231 | Minerva Park | 1 | 3 | 2 | 0 | 2 Car Garage; Attached Garage; Opener | 1 Story | 1,720 | 1,720 | $90,000 | $52.33 | $92,000 | 53.49 | 102.22 | 02/15/2016 |
| 215006898 | 6662 S Old 3c Highway | 43082 | | 73 | 3 | 2 | 0 | 2 Car Garage; Detached Garage | 1 Story | 1,586 | 1,586 | $89,900 | $56.68 | $95,000 | 59.9 | 105.67 | 09/29/2015 |
| 215032371 | 5674 Buenos Aires Boulevard | 43081 | Huber Ridge | 41 | 3 | 2 | 0 | 1 Car Garage; Attached Garage; Opener | 1 Story | 1,026 | 1,026 | $114,900 | $111.99 | $95,000 | 92.59 | 82.68 | 10/20/2015 |
| Listing Total: 8 | | | Min Max Avg Median | 1 260 80.75 64.5 | 2 3 2.75 3 | 1 2 1.38 1 | 0 0 0 0 | | | 720 1,720 1,152.5 1,060.5 | 720 1,720 1,152.5 1,060.5 | 69,900 114,900 95,262.5 95,000 | 52.33 145.69 90.2 81.12 | 69,900 95,000 85,321.75 86,000 | 53.49 127.78 79.53 74.32 | | |

Property Type Count  8    Averages  Sqft: 1,153  $/Sqft: 79.53  DOM/CDOM: 80/116  O-Price: 109,223  L-Price: 95,263  S-Price: 85,322

\* Price statistics for closed listings based on sold price. All other statuses and Totals based on current list price.

Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Cricket Such, CRS on Wednesday, April 27, 2016 5:05 PM.


Cricket Such
RE/MAX Achievers
Primary Phone: 614-329-2303
rmxbug@aol.com
www.suchrealestate.com
License Number: 209745


258 Cherrington Road
Westerville, OH 43081

List Price: $94,900
List Price/SqFt: 86.67
SqFt Tax Record: 1095.0
SqFt ATFLS: 1095.0
Parcel #: 080-002267

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm: Hanby Hts
Corp Limit: Westerville
Township: None
County: Franklin
Acreage: 0.25
Bedrooms: 2
Full Baths: 1
Half Baths: 0


150 Llewellyn Avenue
Westerville, OH 43081

List Price: $69,900
List Price/SqFt: 75.57
SqFt Tax Record: 925.0
SqFt ATFLS: 925.0
Parcel #: 080-001701

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm: Heizers
Corp Limit: Westerville
Township: None
County: Franklin
Acreage: 0.1
Bedrooms: 3
Full Baths: 1
Half Baths: 0


46 Hiawatha Avenue
Westerville, OH 43081

List Price: $104,900
List Price/SqFt: 145.69
SqFt Tax Record: 720.0
SqFt ATFLS: 720.0
Parcel #: 080-001630

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm: Hiawatha Prk/Uptown
Corp Limit: Westerville
Township: None
County: Franklin
Acreage: 0.19
Bedrooms: 2
Full Baths: 1
Half Baths: 0



5674 Buenos Aires Boulevard

List Price: $114,900
List Price/SqFt: 111.99
SqFt Tax Record: 1026.0
SqFt ATFLS: 1026.0
Parcel #: 110-003340

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm: Huber Ridge
Corp Limit: None
Township: Blendon
County: Franklin
Acreage: 0.21
Bedrooms: 3
Full Baths: 2
Half Baths: 0


2855 Alder Vista Drive
Columbus, OH 43231

List Price: $90,000
List Price/SqFt: 52.33
SqFt Tax Record: 1720.0
SqFt ATFLS: 1720.0
Parcel #: 113-000066

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm: Minerva Park
Corp Limit: Minerva Park
Township: Blendon
County: Franklin
Acreage: 0.2
Bedrooms: 3
Full Baths: 2
Half Baths: 0


95 Mariemont Drive N
Westerville, OH 43081

List Price: $95,100
List Price/SqFt: 74.07
SqFt Tax Record: 1284.0
SqFt ATFLS: 1284.0
Parcel #: 080-001896

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm: Willamont
Corp Limit: Westerville
Township: None
County: Franklin
Acreage: 0.17
Bedrooms: 3
Full Baths: 1
Half Baths: 0

Information is deemed to be reliable, but is not guaranteed. © 2016 MLS and FBS. Prepared by Cricket Such on Wednesday, April 27, 2016 5:06PM.



Cricket Such
RE/MAX Achievers
Primary Phone: 614-329-2303
rmxbug@aol.com
www.suchrealestate.com
License Number: 209745



6662 S Old 3c Highway
Westerville, OH 43082

List Price: $89,900
List Price/SqFt: 56.68
SqFt Tax Record: 1586.0
SqFt ATFLS: 1586.0
Parcel #: 317-313-04-014-000

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm:
Corp Limit: None
Township: Genoa
County: Delaware
Acreage: 0.67
Bedrooms: 3
Full Baths: 2
Half Baths: 0



3614 Manila Drive
Westerville, OH 43081

List Price: $102,500
List Price/SqFt: 118.63
SqFt Tax Record: 864.0
SqFt ATFLS: 864.0
Parcel #: 110-004292

### Location Info
Style: 1 Story
Subdiv/Cmplx/Comm: Glengary Heights
Corp Limit: None
Township: Blendon
County: Franklin
Acreage: 0.17
Bedrooms: 3
Full Baths: 1
Half Baths: 0