**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



John E. Hoffman, Jr.
United States Bankruptcy Judge

**Dated: June 28, 2016**

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:                                        :
   **Robert Reeves Wilson,**              :    Case No. 16-53086
   **Debra Sue Wilson**,                 :    Chapter 13
                                              :
                  Debtors.    :    Judge Hoffman

### ORDER ON DEBTORS' MOTION TO AVOID AND STRIP THE UNSECURED SECOND MORTGAGE LIEN OF BENEFICIAL OHIO I, INC.  (pl #12)

This matter is before the Court on the Debtors' Motion to Avoid and Strip the Unsecured Second Mortgage Lien of Beneficial Ohio I, Inc. on Debtors' residential real estate located at 107 Riverview Drive, Newark, Ohio, on grounds that secured first mortgage lien on the subject real estate exceeds the value of that property and there is no equity to secure Beneficial Ohio I, Inc.'s second mortgage lien.

Notice was given to all parties in interest and no written memorandum in response, along with any request for hearing, was filed with the Court.  Upon review, the Court hereby finds the Motion well taken and sustains the same.

IT IS, THEREFORE, ORDERED that the mortgage lien of Beneficial Ohio I, Inc. is hereby avoided and is deemed wholly unsecured pursuant to 11 U.S.C. §506(a) and 11 U.S.C. §1322(b)(2). Said lien appears of record in the Licking County Mortgage/Official Records, filed March 15, 2007,

**Order On Debtors' Motion To Avoid And Strip The Unsecured Second Mortgage Beneficial Ohio I, Inc.**
Case No: 16-53086
Page 2

as Instrument Number 200703150006522. The Debtors may file a certified copy of this Order with the Licking County Recorder, which shall act as a release of said mortgage lien, in the event the creditor fails to properly release its lien.

    **IT IS SO ORDERED.**

COPIES TO:   Default List

Beneficial Financial I Inc.
c/o CT Corporation Systems Inc.
Statutory Agent
1300 East 9th Street Ste 1010
Cleveland, Ohio 44114

Ditech. Com
GMAC Mortgage
ATTN: Customer Care
P.O. Box 205
Waterloo IA 50704-0205

# # #