## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE:                                              CASE NO. 16-53086

    ROBERT REEVES WILSON
    DEBRA SUE WILSON
                              CHAPTER 13

    DEBTOR

                                  JUDGE JOHN E. HOFFMAN JR.

---

### OBJECTION TO CONFIRMATION

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

Comes now Faye D. English, Chapter 13 Trustee and objects to confirmation of the plan and would show this Court that in the above-referenced case the Court should enter an order denying confirmation for the reasons set forth below and dismissing the case pursuant to 11 USC §1307(c) for the following:

**X**    A copy of the proposed sale contract for real estate located at 6641 Charles Road is needed.

Wherefore, the Trustee prays the Court deny confirmation for the reasons set forth and the case be dismissed or converted to Chapter 7, whichever shall be determined in the creditor's best interest.

Dated: 7/1/2016                                    Respectfully submitted,


                                 /s/ Faye D. English
                                 Faye D. English
                                 Chapter 13 Trustee
                                 One Columbus
                                 10 West Broad St., Suite 900
                                 Columbus, OH  43215-3449
                                 Telephone: 614-420-2555
                                 Facsimile: 614-420-2550

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Objection To Confirmation was served on the following registered ECF participants, electronically through the Court's ECF System at the e-mail address registered with the Court, or by ordinary U.S. mail, postage prepaid, on this date.

Dated 7/1/2016

/s/ Faye D. English
_____

Electronically signed by
Faye D. English, Chapter 13 Trustee

By the Court's ECF System:

Asst. U.S. Trustee
Faye D. English, Chapter 13 Trustee
Crystal I Zellar Esq, Attorney for Debtor

By ordinary U.S. Mail addressed to:

Robert Reeves Wilson
Debra Sue Wilson
107 Riverview Dr
Newark, Oh 43055