Form 30stathg

**United States Bankruptcy Court**
**Southern District of Ohio**
**170 North High Street**
**Columbus, OH 43215−2414**

In Re:  Robert Reeves Wilson
       Debra Sue Wilson
           Debtor(s)

SSN/TAX ID:
    xxx−xx−0110
    xxx−xx−3280

Case No.: 2:16−bk−53086

Chapter: 13

Judge: John E. Hoffman Jr.

### NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that a status conference will be held at:

**ADDRESS:** By Telephone−Columbus Office, U.S. Bankruptcy Court, Columbus, OH

**DATE:** 8/15/16

**TIME:** 11:30 AM

      **TO CONSIDER AND ACT ON THE FOLLOWING MATTERS** and transact such other business as may properly come before the Court:

Telephonic status conference regarding Debtors' motions to avoid lien (Docs. 16, 17 & 18) and the responses (Docs. 25, 26 & 27) filed by Creditor Ohio Department of Taxation. Parties shall provide Kristie Vickers, Courtroom Deputy (Kristie_vickers@ohsb.uscourts.gov), with their respective telephone numbers by no later than August 11, 2016. The Court will initiate the call. Due to other Court matters scheduled before or near the same time, a telephonic status conference may be delayed. Counsel shall remain available until contacted by the Court.

**No unauthorized cellular phones, cameras, recording devices, weapons, pagers or other portable electronic devices are permitted on the court's premises.**

Dated: July 28, 2016

                                                FOR THE COURT:
                                                Kenneth Jordan
                                                Clerk, U.S. Bankruptcy Court